

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WB MUSIC CORP., HUNTERBORO
MUSIC, BUT FATHER, I JUST WANT TO
SING MUSIC, MOTHER CULTURE
PUBLISHING, MY RIB IS BROKE, AND
NICE HAIR PUBLISHING,

    Plaintiffs,

vs.

JUSTENUFF JACK, LLC and STEVE PAIK

    Defendants.

Civil Action No. 2:17-cv-02657

17-2657

FILED
JUL 19 2017
KATE BARKMAN, Clerk
By _____ Dep. Clerk

## JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

This stipulation by and between plaintiffs, WB Music Corp., Hunterboro Music, But Father, I Just Want To Sing Music, Mother Culture Publishing, My Rib Is Broke, And Nice Hair Publishing, and defendants, Justenuff Jack, LLC and Steve Paik to extend time to respond to complaint to August 18, 2017. The plaintiffs and defendants hereby agree that:

1. This is the first request for an extension of time to respond to the complaint;
2. This extension will permit said defendants to prepare thorough and complete answers helpful to resolving the issues in the case and will also permit the parties to engage in meaningful settlement discussions and work toward a possible resolution of this matter.
3. This extension will permit said defendants to hire counsel;

IT IS HEREBY STIPULATED by and between plaintiffs and defendants, that the time for defendants to answer or otherwise respond to plaintiffs' complaint is extended to August 18, 2017.

| PLAINTIFFS | DEFENDANTS |
|---|---|
| WB MUSIC CORP., HUNTERBORO MUSIC, BUT FATHER, I JUST WANT TO SING MUSIC, MOTHER CULTURE PUBLISHING, MY RIB IS BROKE, AND NICE HAIR PUBLISHING, | JUSTENUFF JACK, LLC |
| */s/ Noah S. Robbins* | By: *Joe Paik* |
| Noah S. Robbins, Esq. | Joe Paik, Member |
| 3000 Two Logan Square | |
| Eighteenth and Arch Streets | Steve Paik, Individual |
| Philadelphia, Pennsylvania 19103-2799 | |
| p: 215.981.4182 | */s/* |
| f: 215.689.4629 | Steve Paik, pro se |
| *Attorney for Plaintiffs* | |
| Date: 7/19/17 | Date: 7/14/17 |

IT IS SO ORDERED

ENTERED
JUL 19 2017
CLERK OF COURT

Dated: 7-19 , 2017

*T. N. O'Neill*
UNITED STATES DISTRICT COURT JUDGE